IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IRVING D. CARRASQUILLO | |
| Plaintiff, | |
| v. | CIVIL NO. 98-2341 (RLA) |
| ADMINISTRACION DE CORRECCION et al., | |
| Defendants. | |

## ORDER APPOINTING COUNSEL TO REPRESENT PLAINTIFF

Before the Court is plaintiff's *pro se* Informative Motion and Amended Complaint (docket No. 6).

The Court, having reviewed the pleadings, hereby finds that the degree to which the interests of justice will be served by the appointment of counsel, including the benefit the Court may derive from the assistance of appointed counsel[1] and the inability of this *in forma pauperis* plaintiff to retain counsel by other means, warrant the appointment of counsel at this time.

Accordingly, MAURICIO HERNANDEZ ARROYO, Esq. is hereby APPOINTED to represent plaintiff in these proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall make available to Mr. HERNANDEZ along with this Order, copies of the docket and all documents filed in Civil No. 98-2341 (RLA) free of charge.

IT IS FURTHER ORDERED that counsel shall arrange to meet with plaintiff to advise him of the limitations imposed upon prisoner

---

[1] For instance, all pleadings filed by plaintiff to date have been submitted in Spanish.

AO 72
(Rev 8/82)

civil rights actions by the Prison Litigation Reform Act (PRLA), PL. No. 104-134, 110 Stat. 1321, effective April 26, 1996, including the mandatory three-dismissal rule pursuant to 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that **no later than November 3, 2000,** counsel shall file a motion advising the Court of the results of his meeting with plaintiff to discuss the merits of his claim and the PLRA restrictions on his filing of the present complaint and or any other matters deemed proper by counsel.

IT IS FURTHER ORDERED that plaintiff shall be allowed an opportunity to voluntarily dismiss the complaint pursuant to Fed. R. Civ. P. 41(a)(1) **on or before November 15, 2000,** and such voluntary dismissal will not be considered a complaint dismissed as frivolous or malicious, or for failure to state a claim and will not count as a dismissal which may later subject plaintiff to the three-dismissal rule under 28 U.S.C. § 1915(g).

This Order shall be notified to plaintiff IRVING D. CARRASQUILLO OLIVERAS at **Anexo 1072, Edificio 1-B, P.O.Box 60-075 Bayamón, P.R. 00960** and **MAURICIO HERNANDEZ ARROYO, ESQ. at 41A Calle Salud, Ponce, P.R. 00731.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of September, 2000.

RAYMOND L. ACOSTA
United States District Judge

s/c: Mauricio Hdz w/copies 1-9, thru order.