IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRVING D. CARRASQUILLO

    Plaintiff,

v.                                                    CIVIL NO. 98-2341 (RLA)

ADMINISTRACION DE CORRECCION
et al.,

    Defendants.

## ORDER FOR COUNSEL TO SHOW CAUSE

Before the Court is plaintiff's *pro se* Informative Motion advising the Court that he has been not been visited by, nor been able to communicate with, appointed counsel. See docket No. 6, filed on January 17, 2001.

Accordingly, IT IS HEREBY ORDERED that unless counsel advises the Court **on or before February 28, 2001**, of his efforts at meeting with MR. CARRASQUILLO as ordered,[1] or otherwise shows cause, sanctions shall be imposed upon him personally.

This Order shall be notified to plaintiff IRVING D. CARRASQUILLO OLIVERAS at **Anexo 448, Edificio 2-A, P.O.Box 60-307, Bayamón, P.R. 00961** and **MAURICIO HERNANDEZ ARROYO, ESQ. at 41A Calle Salud, Ponce, P.R. 00731**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of February, 2001.

                            RAYMOND L. ACOSTA
                        United States District Judge

---

[1] See Order issued on September 19, 2000, docket No. 7.

cc: Carrasquillo & Hdez Arroyo