UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRVING D. CARRASQUILLO

V.                                               CASE NUMBER: CIVIL 98-2341 (RLA)

ADMINISTRACION DE CORRECCION,
et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 2/28/01   Docket # 10<br>[X] **Plffs**   [ ] **Defts**<br>[ ] Other<br><br>**Title:** Motion in Compliance With Order For Counsel to Show Cause | GRANTED and SO ORDERED. |

March 7, 2001                    RAYMOND L. ACOSTA
   Date                          U.S. District Judge

Rec'd:            EOD:

By: /s/          # //