IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRVING D. CARRASQUILLO,

    Plaintiff,

    v.                                 CIVIL NO. 98-2341 (RLA)

ADMINISTRACION DE CORRECCION,
et al.,

    Defendants.

### JUDGMENT

Plaintiff's Motion for Voluntary Dismissal, filed by plaintiff on March 15, 2001 (docket No. **12**) is **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of March, 2001.

                                                    RAYMOND L. ACOSTA
                                                United States District Judge